IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

<u>SOUTHERN DIVISION</u>



UNITED STATES OF AMERICA,         )
                                  )
    Plaintiff,                    )
                                  )
v.                                ) CIVIL ACTION NO. 99-H-759-S
                                  )
RONALD L. BONNER                  )
SSN: 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                  )
                                  )
    Defendant.                    )

**ENTERED**

**JUN - 7 1999**

<u>FINDINGS AND CONCLUSIONS</u>

    This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

    1.   The Summons and Complaint were served upon Defendant on April 1, 1999; Defendant has failed to appear, plead, or otherwise defend.

    2.   Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

4

3.     Defendant is indebted to Plaintiff in the principal sum of $2,841.76, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a)(2), and interest of $1,327.20 through May 27, 1999, and at the rate of 8% until date of judgment.

4.     Plaintiff is due to recover from Defendant the total sum of $4,318.96, plus interest from May 27, 1999, until date of judgment at the rate of 8 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

Done this the 7th day of June, 1999.

SENIOR UNITED STATES DISTRICT JUDGE